Arthur Carvalho, Jr. CA 125370
Vaughn Greenwalt CA 298481
Lang Hanigan & Carvalho LLP
21550 Oxnard St. Suite 760
Woodland Hills, CA 91367

Wendy Medura Krincek 6417

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | |
|---|---|
| In re  MARC JOHN RANDAZZA | BK: S-15-14956-abl<br>Chapter: 11<br>Adv. No.: |
| _____ Debtor(s). | STANDARD DISCOVERY PLAN<br>OR<br>REQUEST FOR WAIVER OF<br>FILING DISCOVERY PLAN |
| Excelsior Media Corp. and Liberty Media Holdings, LLC | |
| Plaintiff(s),<br>vs.<br>Marc John Randazza | |
| _____ Defendant(s) | |

1.  **Discovery Plan**

    ____ **Request for waiver of requirement to prepare and file a formal discovery plan.**

    The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance of the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, **or**

    ____ **A discovery plan is needed or useful in this case.**  Check one:

    ____ The parties agree to the standard discovery plan. The first defendant answered or otherwise appeared on _____ . Discovery shall be completed within _____days, measured from the date the first defendant answered or otherwise appeared. Discovery will close by _____ .

1

1 |         ____ The parties jointly propose to the court the attached discovery plan and
2 | scheduling order. (Use Official Form 35 to the Federal Rules of Civil Procedure.)
3 |         ____ The parties cannot agree on a discovery plan and scheduling order. The
4 | attached sets forth the parties' disagreements and reasons for each party's position. (Use Official
5 | Form 35 of the Federal Rules of Civil Procedure.)
6 | **Complete parts 2 - 6.**
7 | 2.     **Nature of the Case.**  Brief description of the nature of the case, i.e., dischargeability,
8 | denial of discharge, turnover, contract, etc. _____
9 | _____
10 | 3.     **Jury Trials:**  Check one:
11 |         ____ A demand for a jury trial has not been made
12 |         ____ A demand for a jury trial has been made pursuant to Fed. R. Civ. P. 38(b), and in
13 | conformity with LR 9015, but one or more of the parties does not consent to a jury trial pursuant
14 | to 28 U.S.C. § 157(e).
15 |         ____ It is expressly understood by the undersigned parties they have demanded a jury
16 | trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a
17 | jury trial pursuant to 28 U.S.C. § 157(e).
18 |         An original and two (2) copies of all instructions requested by either party shall be
19 | submitted to the clerk for filing on or before _____.
20 |         An original and two (2) copies of all suggested questions of the parties to be asked of the
21 | jury panel by the court on voir dire shall be submitted to the clerk for filing on or before
22 | _____.
23 | 4.     **Additional Pleadings.**  Are there any counterclaims, cross claims or amendments to the
24 | pleadings expected to be filed?
25 |         _____ Yes
26 |         _____ No
27 |
28 |                                           2

5. **Settlement Conference**

_____ A settlement conference is requested.

If checked, a settlement conference is requested no earlier than _____.

_____ Settlement cannot be evaluated prior to additional discovery. The parties may later request a settlement conference.

6. **Trial**

The case should be ready for trial by _____ and should take _____ day(s).

7. All parties ☐ consent/ ☐ do not consent to this court entering final judgment.

Dated: _____        Dated: _____

_____         _____
Signature of Counsel for Plaintiff(s)    Signature of Counsel for Defendant(s)

Type Name, Address and                Type Name, Address and Telephone
Telephone Number of Counsel           Number of Counsel

NV_7026(AdvDiscoveryPlan12-09-LV).pdf

3