

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 15, 2016

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No. 15-14956-abl |
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | |
| LIBERTY MEDIA HOLDINGS, LLC, et al., | Adv. Proc. No. 15-01193-abl |
| Plaintiffs, | |
| vs. | |
| MARC JOHN RANDAZZA, | Old Hearing Date: April 12, 2016<br>Old Hearing Time: 10:00 a.m. |
| Defendant. | **New Hearing Date: April 7, 2016**<br>**New Hearing Time: 10:00 a.m.** |

**ORDER CONTINUING SCHEDULING CONFERENCE**

Good cause appearing,

**IT IS HEREBY ORDERED** that the **scheduling conference** currently scheduled for April 12, 2016, at 10:00 a.m.[1] **is continued to April 7, 2016, at 10:00 a.m.**, in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Third Floor, Courtroom #1, Las Vegas, Nevada, 89101.

_____

[1] See ECF No. 3.  In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned adversary proceeding as they appear on the docket maintained by the Clerk of the Court

1

1 | Notice and copies sent to:

2 |     ALL PARTIES VIA BNC

3 | and SENT VIA BNC to:

4 |     MARC JOHN RANDAZZA
    10955 IRIS CANYON LANE
5 |     LAS VEGAS, NV 89135

6 |                                    # # #