NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

MARC JOHN RANDAZZA,
                Debtor(s)

BK–15–14956–abl
CHAPTER 11

Adversary Proceeding: 15–01193–abl

LIBERTY MEDIA HOLDINGS, LLC
EXCELSIOR MEDIA CORP., et al,
                Plaintiff(s)

vs

MARC JOHN RANDAZZA, et al,
                Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date: April 7, 2016
Hearing Time: 10:00 AM

I, ___Vaughn M. Greenwalt___, certify that I am at least 18 years old and not a party to the matter concerning
        (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on ___February 4, 2016___
      (date)

by:

☑   Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
     Marc John Randazz   Matthew Zirzow & Zacharia Larson
     10955 Iris Canyon Lane   Larson & Zirzow
     Las Vegas, NV 89135   810 S. Casino Center Blvd., #101
                                          Las Vegas, NV 89101

☐   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐   Residence Service: By leaving the process with the following adult at:

☐   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐   Publication: The defendant was served as follows: (Describe briefly)

☐   State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: (Describe briefly)                                     (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Case 15-01193-abl    Doc 9    Entered 02/04/16 10:51:59    Page 4 of 4

Dated: February 4, 2016          Signature: S/ Vaughn M. Greenwalt

Print Name: Vaughn M. Greenwalt

Business Address: 21550 Oxnard Street, Suite 760

City: Woodland Hills    State: CA    Zip: 91367