NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

MARC JOHN RANDAZZA,
                 Debtor(s)

BK-15-14956-abl
CHAPTER 11

Adversary Proceeding: 15-01193-abl

LIBERTY MEDIA HOLDINGS, LLC
EXCELSIOR MEDIA CORP., et al,
                 Plaintiff(s)

vs

MARC JOHN RANDAZZA, et al,
                 Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date: April 7, 2016
Hearing Time: 10:00 AM

I, __Vaughn M. Greenwalt__, certify that I am at least 18 years old and not a party to the matter concerning
       (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __2/16/16__
    (date)

by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Marc John Randazz    Matthew Zirzow & Zacharia Larson
    10955 Iris Canyon Lane    Larson & Zirzow
    Las Vegas, NV 89135    810 S. Casino Center Blvd., #101
                               Las Vegas, NV 89101

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: (Describe briefly)                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 2/16/16                                      Signature: S/ Vaughn M. Greenwalt

| | |
|---|---|
| Print Name: | Vaughn M. Greenwalt |
| Business Address: | 21550 Oxnard Street, Suite 760 |
| City: Woodland Hills | State: CA    Zip: 91367 |