LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169

Attorneys for Defendant

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC., a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>Defendant. | Adv. No. 15-01193-abl<br><br>***EX PARTE* MOTION TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 9014(e)(1) FOR DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |

    Defendant, Marc John Randazza, (the "Defendant"), by and through his counsel, the law firm of Larson & Zirzow, LLC, hereby submit his motion (the "*Ex Parte* Motion") requesting that the Court grant him leave pursuant to Local Rule 9014(e)(1) for an extension of the normal applicable page limit for his forthcoming *Motion to Dismiss, et al.* (the "Dismissal Motion").

    Good cause exists to extend the page limits for the Defendants' forthcoming Motion to

Dismiss because this is a complicated adversary proceeding involving three different theories of nondischargeability, and multiple claims asserted within each of those asserted grounds of nondischargeability as well. Second, the Plaintiffs' claims at issue in the adversary proceeding were one of the principal reasons the Defendant was left with no other choice but to file this bankruptcy case, and thus have a significant impact on his case overall. Finally, the claims at issue involve complicated underlying facts involving a former attorney-client relationship and thus allowing for extensive briefing will enable to the Court to be better prepared for the hearing and ultimate decision. As a result, good cause exists for the Court to grant the Defendant leave from the permissible page limits and allow his Dismissal Motion to be filed up to and including thirty (30) pages in length. Defendant will include a table of contents with his Dismissal Motion as well.

WHEREFORE, the Defendant respectfully requests that the Court enter an order, in the form as attached hereto as **Exhibit 1**, thereby granting Defendant leave pursuant to LR 9014(e)(1) to file his Dismissal Motion up to and including thirty (30) pages in length.

Dated: March 15, 2016.

LARSON & ZIRZOW, LLC

By: /s/ Zachariah Larson
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Defendant

2

# EXHIBIT "1"

# EXHIBIT "1"

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169

Attorneys for Defendant

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-15-14956-abl |
| | Chapter 11 |
| MARC JOHN RANDAZZA, | |
| Debtor. | |
| | |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC., a Nevada limited liability company, | Adv. No. 15-01193-abl |
| Plaintiffs, | **ORDER GRANTING *EX PARTE* MOTION TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 9014(e)(1) FOR DEFENDANT'S MOTION TO DISMISS, *ET AL.*** |
| v. | |
| MARC JOHN RANDAZZA, an individual, | |
| Defendant. | |

This Court having reviewed and considered the *Ex Parte Motion to Exceed Page Limit Pursuant to Local Rule 9014(e) for Defendants' Motion to Dismiss, et al.* (the "<u>Ex Parte Motion</u>")[1] filed by Defendant, Marc John Randazza (the "<u>Defendant</u>"), by and through his counsel, the law firm of Larson & Zirzow, LLC, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Defendant's Ex Parte Motion is GRANTED; and

2. Pursuant to LR 9014(e)(1), the Defendant is permitted to file his Dismissal Motion up to and including thirty (30) pages in length, provided that it includes a table of contents.

**IT IS SO ORDERED.**

Prepared and submitted by:

LARSON & ZIRZOW, LLC

By: /s/
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Defendant

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as set forth in the Motion.

2