James D. Greene, Esq., NV Bar No. 2647
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Ph: (702) 570-6000
Fax: (702) 463-8401
E-mail: jgreene@greeneinfusolaw.com

Attorneys for Plaintiffs

E-filed on: *April 19, 2016*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA<br><br>Debtors.<br><br>EXCELSIOR MEDIA CORP., a Nevada Corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada Limited Company,<br><br>Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>Defendant. | Case No BK-15-14956-ABL<br><br>Chapter 11<br><br>Adversary Proceeding No. 15-01193-ABL<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Hearing Date: May 9, 2016**<br>**Hearing Time: 1:30 p.m.** |

Plaintiffs Excelsior Media Corp. ("Excelsior") and Liberty Media Holdings, LLC ("Liberty" and, collectively with Excelsior, "Plaintiffs"), by and through their undersigned counsel, James D. Greene, Esq., of Greene Infuso, LLP, hereby respectfully request that the Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the following in support of Plaintiffs' Opposition to Motion for Partial Summary Judgment:

1

1. On or about January 2, 2013 Excelsior filed with the Judicial Arbitration and Mediation Service ("JAMS") its Affirmative Defenses and Counter-claims against Marc J. Randazza, a true and correct copy of which is attached hereto as **Exhibit 1.**

2. On or about June 27, 2013, Liberty filed with JAMS its Notice of Appearance making a general appearance in the Arbitration. A true and correct copy of the Notice of Appearance is attached hereto as **Exhibit 2**.

3. On or about July 3, 2013, the Arbitrator in the Arbitration issued an order in which he acknowledged that Liberty had made an "unconditional general appearance" in the Arbitrator. A true and correct copy of the July 3, 2013 order is attached hereto as **Exhibit 3**.

4. On or about August 29, 2013, Plaintiffs jointly filed with JAMS their Affirmative Defenses to Marc J. Randazza's Amended Arbitration Claims. A true and correct copy of the Amended Affirmative Defenses is attached hereto as **Exhibit 4**.

5. On or about April 3, 2015, Excelsior filed with JAMS its Post-Arbitration Brief. A true and correct copy of the Post-Arbitration Brief is attached hereto as **Exhibit 5**.

6. On or about April 22, 2015, Excelsior filed with JAMS its Post-Arbitration Reply Brief. A true and correct copy of the Post-Arbitration Reply Brief is attached hereto as **Exhibit 6**.

7. On December 15, 2015, the Court issued an oral ruling on Plaintiffs' Motion for Relief from Stay (docket no. 60). A true and correct copy of the transcript of that ruling is attached hereto as **Exhibit 7.**

DATED this 19th day of April, 2016.

GREENE INFUSO, LLP


   /s/ James D. Greene
James D. Greene, Esq.
Nevada Bar No. 2647
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

2

**CERTIFICATE OF SERVICE**

I am employed by the law firm of Greene Infuso, LLP in Clark County. I am over the age of 18 and not a party to this action. My business address is 3030 South Jones Boulevard, Suite 101, Las Vegas, Nevada 89146.

On April 19, 2016 I served the document(s), described as:

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

☒  by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows

☐  a. ECF System *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☒  b. BY U.S. MAIL. I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid.

Zachariah Larson, Esq.
Matthew Zirzow, Esq.
LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

I am readily familiar with Greene Infuso, LLP.'s practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐  c. BY PERSONAL SERVICE.

☐  d. BY DIRECT EMAIL

☐  e. BY FACSIMILE TRANSMISSION

I declare under penalty of perjury that the foregoing is true and correct.

Dated, this 19th day of April, 2016

/s/ Frances M. Ritchie
An employee of Greene Infuso, LLP

3