1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Defendant

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>        Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>        Defendant. | Adv. No. 15-01193-abl<br><br><br>**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br><br>Date: May 9, 2016<br>Time: 1:30 p.m. |

Defendant, Marc John Randazza, as debtor and debtor in possession (the "Defendant"), by and through his attorneys, the law firm of Larson & Zirzow, LLC, hereby respectfully requests that the Court take judicial notice pursuant to and to the extent permitted by Rule 201 of the Federal Rules of Evidence of the following in support of his *Reply to Opposition to*

*Motion to Dismiss, or in the Alternative, for Partial Summary Judgment* (the "Motion") [ECF No. 41].[1]

1.      On December 9, 2012, Marc J. Randazza, P.A. ("MJR"), as plaintiff filed an action against Excelsior Media Corporation and Liberty Media Holdings, LLC ("Liberty"), as defendants, in the Eighth Judicial District Court, Clark County, Nevada (the "Nevada State Court"), being Case No. A-12-673275 (the "State Court Case").  A true and correct copy of the docket printout of the State Court Case from the Nevada State Court's online Wiznet system, as of the filing of this Request, is attached hereto as **Exhibit 1**.

2.      On April 4, 2015, a *Stipulation and Order* (the "First Stipulation") as approved by the parties was entered by the Nevada State Court in the State Court Case, whereby all funds on deposit in MJR's trust account on account of Excelsior Media Corporation or Liberty were interpled into the Nevada State Court and placed in trust pending the outcomes of that certain arbitration proceeding styled as Randazza v. Excelsior Media Corp., *et al.*, JAMS No. 1260002283 (the "Arbitration") and the State Court Case.  The First Stipulation further provided that upon decisions of the arbitrator in the Arbitration and the Nevada State Court in the State Court Case, the parties would immediately stipulate to the release of the interpled funds in accordance with such decisions.  A true and correct copy of the First Stipulation as approved and entered by the Nevada State Court and as filed in the State Court Case is attached hereto as **Exhibit 2**.

3.      As of April 17, 2015, and pursuant to and consistent with the First Stipulation, MJR caused to be deposited into the registry of the Nevada State Court the sum of $276,883.35. A true and correct copy of the Receipt as entered by the Clerk in the State Court Case evidencing the deposit and interpleader of monies pursuant to the First Stipulation is attached hereto as **Exhibit 3**.

4.      One June 3, 2015, the arbitrator in the Arbitration entered an Interim Arbitration Award (the "IAA").

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as set forth in the Reply.

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

5.    On June 18, 2015, as a result of the entry of the IAA in the Arbitration, and pursuant to and consistent with the First Stipulation, the parties entered into and the Nevada State Court approved a *Stipulation and Order re Lifting of Stay and Release of Interpled Funds* (the "Second Stipulation"), whereby that Court directed that the funds interpled were to be paid over to Liberty, provided that RLG was not waiving any affirmative claims for relief it was asserting against Liberty.  A true and correct copy of the Second Stipulation as approved and entered by the Nevada State Court and as filed in the State Court Case is attached hereto as **Exhibit 4**.

Dated: May 2, 2016.

LARSON & ZIRZOW, LLC

By:

ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada  89101

Attorneys for Defendant

EXHIBIT "1"

EXHIBIT "1"

Skip to Main Content  Logout  My Account  Search Menu  New District Civil/Criminal Search  Refine Search  Back    Location : District Court Civil/Criminal    Help

# REGISTER OF ACTIONS
## CASE NO. A-12-673275-C

| Marc J Randazza PA, Plaintiff(s) vs. Liberty Media Holdings LLC, Defendant(s) | § § § § § § | Case Type: | **Breach of Contract** |
|---|---|---|---|
| | | Subtype: | **Other Contracts/Acc/Judgment** |
| | | Date Filed: | **12/09/2012** |
| | | Location: | **Department 8** |
| | | Cross-Reference Case Number: | **A673275** |

### PARTY INFORMATION

| | | | Lead Attorneys |
|---|---|---|---|
| Counter Claimant | Liberty Media Holdings LLC *Doing Business As* Fisher, Corbin | | Mitchell J. Langberg *Retained* 702-382-2101(W) |
| Counter Defendant | Randazza Legal Group | | Katherine Turpen *Retained* 702-832-5909(W) |
| Defendant | Liberty Media Holdings LLC *Doing Business As* Fisher, Corbin | | Mitchell J. Langberg *Retained* 702-382-2101(W) |
| Plaintiff | Marc J Randazza PA *Doing Business As* Randazza Legal Group | | James M. DeVoy *Retained* 888-667-1113(W) |

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

| 03/01/2013 | **Order of Dismissal Without Prejudice** (Judicial Officer: Smith, Douglas E.) |
|---|---|
| | Debtors: Jason Gibson (Defendant) |
| | Creditors: Marc J Randazza PA (Plaintiff) |
| | Judgment: 03/01/2013, Docketed: 03/08/2013 |

**OTHER EVENTS AND HEARINGS**

| 12/09/2012 | **Case Opened** |
|---|---|
| 12/09/2012 | **Complaint** |
| | *Plaintiff's Original Complaint for Fraud, Breach of Contract and Unjust Enrichment* |
| 01/03/2013 | **Notice of Appearance** |
| | *Notice of Appearance* |
| 01/03/2013 | **Initial Appearance Fee Disclosure** |
| | *Initial Appearance Fee Disclosure* |
| 01/04/2013 | **Motion to Extend** |
| | *Motion to Extend Time to Answer Complaint on Order Shortening Time* |
| 01/07/2013 | **Opposition to Motion** |
| | *Opposition to Motion for Extension of Time* |
| 01/07/2013 | **Notice of Association of Counsel** |
| | *Notice of Association of Counsel* |
| 01/08/2013 | **Motion** (8:00 AM) (Judicial Officer Smith, Douglas E.) |
| | *Defendants' Motion to Extend Time to Answer Complaint on Order Shortening Time* |
| | Parties Present |
| | Minutes |
| | Result: Off Calendar |
| 01/08/2013 | **Receipt of Copy** |
| | *Receipt of Copy of Motion to Extend Time to Answer Complaint on Order Shortening Time* |
| 01/11/2013 | **Stipulation and Order** |
| | *Stipulation and Order to Extend Time to Respond to Plaintiff's Original Complaint for Fraud, Breach of Contract and Unjust Enrichment (First Request)* |
| 01/14/2013 | **Notice of Entry of Stipulation and Order** |
| | *Notice Of Entry Of Stipulation And Order To Extend Time To Respond To Plaintiff's Original Complaint For Fraud, Breach Of Contract And Unjust Enrichment (First Request)* |
| 01/22/2013 | **Motion to Dismiss** |
| | *Defendants Liberty Media Holdings, LLC, and Jason Gibson's Motion To Dismiss* |

| | |
|---|---|
| 01/23/2013 | **Notice of Hearing**<br>*Notice Of Hearing On Defendants Liberty Media Holdings, Llc And Jason Gibson's Motion To Dismiss* |
| 02/08/2013 | **Opposition to Motion**<br>*Opposition to Defendants' Motion to Dismiss* |
| 02/19/2013 | **Reply in Support**<br>*Reply In Support Of Defendants Liberty Media Holdings, LLC, And Jason Gibson's Motion To Dismiss* |
| 02/26/2013 | **Motion to Dismiss**  (8:00 AM) (Judicial Officer Smith, Douglas E.)<br>*Defendants Liberty Media Holdings, LLC, and Jason Gibson's Motion To Dismiss* |
| | Minutes |
| | Result: Matter Continued |
| 03/01/2013 | **Stipulation and Order**<br>*Joint Stipulation and Order on Motion to Dismiss and Vacating Hearing* |
| 03/04/2013 | **Notice of Entry of Order**<br>*Notice of Entry of Stipulation and Order* |
| 03/11/2013 | **First Amended Complaint**<br>*First Amended Complaint - Breach of Contract - Unjust Enrichment - Account Stated Jury Trial Demanded* |
| 03/28/2013 | **Answer and Counterclaim**<br>*Defendant Liberty Media Holdings LLC's Answer to Plaintiff's First Amended Complaint and Counterclaim* |
| 05/03/2013 | **Stipulation and Order**<br>*Stipulation and Order Regarding Withdrawal of Counsel* |
| 05/03/2013 | **Stipulation and Order**<br>*Stipulation and Order Enlarging Time to Respond to Counterclaim* |
| 05/03/2013 | **Answer to Counterclaim**<br>*Plaintiff/Counter-Defendant RLG's Answer to Defendant/Counter-Claimant Liberty's Counterclaim* |
| 06/13/2013 | **Commissioners Decision on Request for Exemption - Granted**<br>*Commissioner s Decision on Request for Exemption - Granted* |
| 07/15/2013 | **Demand for Jury Trial**<br>*Demand for Jury Trial* |
| 07/18/2013 | **Joint Case Conference Report**<br>*Joint Case Conference Report* |
| 07/24/2013 | **Arbitration File**<br>*Arbitration File* |
| 07/30/2013 | **Notice to Appear for Discovery Conference**<br>*Notice to Appear for Discovery Conference* |
| 08/20/2013 | **Discovery Conference**  (9:30 AM) (Judicial Officer Bulla, Bonnie) |
| | Parties Present |
| | Minutes |
| | Result: Scheduling Order Will Issue |
| 09/11/2013 | **Scheduling Order**<br>*Scheduling Order* |
| 09/23/2013 | **Order Setting Civil Jury Trial**<br>*Order Setting Civil Jury Trial* |
| 11/22/2013 | **Stipulated Protective Order**<br>*Stipulated Confidentiality Agreement and Protective Order* |
| 11/26/2013 | **Notice of Entry**<br>*Notice of Entry of Stipulated Confidentiality Agreement and Protective Order* |
| 02/19/2014 | **Stipulation and Order to Extend Discovery Deadlines**<br>*Stipulation and Order to Extend Discovery Deadlines (First Request)* |
| 02/20/2014 | **Notice of Entry of Stipulation and Order**<br>*Notice of Entry of Stipulation and Order to Extend Discovery Deadlines (First Request)* |
| 04/10/2014 | **Motion to Compel**<br>*Motion to Compel Responses to Request for Production of Documents, and to Compel Compliance with ESI Protocol, on Order Shortening Time Pursuant to EDCR 2.25 and 2.26* |
| 04/11/2014 | **Receipt of Copy**<br>*Receipt of Copy of Motion to Compel Responses to Request for Production of Documents, and to Compel Compliance with ESI Protocol, on Order Shortening Time Pursuant to EDCR 2.25 and 2.26* |
| 04/11/2014 | **Receipt of Copy**<br>*Receipt of Copy of Motion to Compel Responses to Request for Production of Documents, and to Compel Compliance with ESI Protocol, on Order Shortening Time Pursuant to EDCR 2.25 and 2.26* |
| 04/21/2014 | **Motion to Compel**  (1:30 PM) (Judicial Officer Beecroft, Chris A., Jr.)<br>*Motion to Compel Responses to Request for Production of Documents, and to Compel Compliance with ESI Protocol, on Order Shortening Time Pursuant to EDCR 2.25 and 2.26* |
| | Parties Present |
| | Minutes |
| | Result: Vacate |
| 04/22/2014 | **Stipulation and Order to Extend Discovery Deadlines**<br>*Stipulation and Order to Extend Discovery Deadlines (Second Request)* |
| 04/23/2014 | **Notice of Entry of Stipulation and Order**<br>*Notice of Entry of Stipulation and Order to Extend Discovery Deadlines (Second Request)* |
| 04/24/2014 | **Amended Order Setting Jury Trial**<br>*Amended Order Setting Civil Jury Trial* |
| 06/12/2014 | **Notice of Firm Name Change**<br>*Notice of Firm Name and Address Change* |
| 09/02/2014 | *CANCELED*  **Calendar Call**  (8:00 AM) (Judicial Officer Smith, Douglas E.)<br>*Vacated - per Commissioner* |

| | |
|---|---|
| 09/08/2014 | *CANCELED*  Jury Trial  (9:30 AM) (Judicial Officer Smith, Douglas E.)<br>*Vacated - per Commissioner* |
| 11/07/2014 | **Motion to Amend**<br>*Motion for Leave to File First Amended Counterclaim* |
| 11/18/2014 | **Motion**<br>*Plaintiff/Counterdefendant Marc J. Randazza, P.A., D/B/A Randazza Legal Group's Motion to Join Brownstein Hyatt Farber Schreck, LLP and Mitchell J. Langberg, Esq., Laura E. Bielinski, Esq., and Scott Schoenwald, Esq. as Necessary Party Counter-Defendants, or in the Alternative Motion for Leave to File Third-Party Counterclaim* |
| 11/18/2014 | **Stipulation and Order to Extend Discovery Deadlines**<br>*Stipulation and Order to Extend Discovery Deadlines (Third Request)* |
| 11/21/2014 | **Notice of Entry of Stipulation and Order**<br>*Notice of Entry of Stipulation and Order to Extend Discovery Deadlines (Third Request)* |
| 12/08/2014 | **Opposition**<br>*Opposition to Motion to Join Brownstein Hyatt Farber Schreck, LLP, Mitchell J. Langberg, Esq., Laura E. Bielinski, Esq. and Scott Schoenwald, Esq. as Necessary Party Counter-Defendants, and Opposition to Motion in the Alternative for Leave to File Third Party Counterclaim* |
| 12/09/2014 | **Motion to Disqualify Attorney**<br>*Plaintiff/CounterDefendant Marc J. Randazza, P.A., D/B/A Randazza Legal Group's Motion to Disqualify the Law Firm of Brownstein Hyatt Farber Schreck, LLP as Defendant/CounterClaimant, Liberty Media Holdings, LLC's Counsel of Record* |
| 12/09/2014 | **Notice**<br>*Plaintiff/Counterdefendant's (1) Notice of Removal of Request to Add Mitchell J. Langberg, Esq., Individually, Laura E. Bielinski, Esq., Individually, and Scott Schoenwald, Esq., Individually as Necessary Party Counter-Defendants and (2) Notice of Filing Amended Exhibit N to Marc J. Randazza, P.A., d/b/a Randazza Legal Group's Motion to Join Brownstein Hyatt Farber Schreck, LLP as Necessary Party Counter-Defendants, or in the Alternative, Motion for Leave to File Third-Party Counterclaim* |
| 12/16/2014 | **Notice**<br>*Notice of Calendar Add, Change or Case Closed for Dept.VIII* |
| 12/17/2014 | **Notice**<br>*Declaration of Maximilien D. Fetaz, Esq. Re Notice of No Opposition Received to Liberty's Motion for Leave to File First Amended Counterclaim* |
| 12/18/2014 | **Opposition to Motion**<br>*Plaintiff/Counterdefendant Marc J. Randazza, P.A., D/B/A Randazza Legal Group's Opposition to Liberty Media Holdings, LLC's Motion for Leave to Amend Counterclaim or, In the Alternative, Motion to Stay Ruling on Liberty Media Holding's Motion for Leave to Amend* |
| 12/26/2014 | **Opposition to Motion**<br>*Opposition to Motion to Disqualify the Law Firm of Brownstein Hyatt Farber Schreck, LLP as Defendant/Counterclaimant, Liberty Media Holdings, LLC's Counsel of Record* |
| 12/29/2014 | **Reply in Support**<br>*Reply in Support of Motion for Leave to File First Amended Counterclaim, and Opposition to Motion to Stay Ruling on Liberty's Motion for Leave to Amend* |
| 12/29/2014 | **Reply to Opposition**<br>*Plaintiff/Counterdefendant Marc J. Randazza, P.A., d/b/a Randazza Legal Group's Reply to Liberty Media Holdings, LLC's Opposition to Motion to Join Brownstein Hyatt Farber Schreck as Necessary Party Counter-Defendants and Reply to Opposition to Motion for Leave to File Third-Party Counterclaim* |
| 12/31/2014 | **Reply to Opposition**<br>*Plaintiff/Counterdefendant Marc J. Randazza, P.A., d/b/a Randazza Legal Group's Reply to Opposition to Motion to Disqualify the Law Firm of Brownstein Hyatt Farber Schreck, LLP as Defendant/Counterclaimant, Liberty Media Holdings, LLC's Counsel OF Record* |
| 01/06/2015 | **Motion for Leave**  (8:00 AM) (Judicial Officer Smith, Douglas E.)<br>*Defendant/Counterclaimant Liberty Media Holdings, LLC's Motion for Leave to File First Amended Counterclaim*<br>    *12/08/2014 Reset by Court to 01/06/2015*<br>Result: Matter Continued |
| 01/06/2015 | **Motion**  (8:00 AM) (Judicial Officer Smith, Douglas E.)<br>*Plaintiff/Counterdefendant Marc J. Randazza, P.A., D/B/A Randazza Legal Group's Motion to Join Brownstein Hyatt Farber Schreck, LLP and Mitchell J. Langberg, Esq., Laura E. Bielinski, Esq., and Scott Schoenwald, Esq. as Necessary Party Counter-Defendants, or in the Alternative Motion for Leave to File Third-Party Counterclaim*<br>    *12/29/2014 Reset by Court to 01/06/2015* |
| 01/06/2015 | **Motion to Disqualify Attorney**  (8:00 AM) (Judicial Officer Smith, Douglas E.)<br>*Plaintiff/Counterdefendant Marc J. Randazza, P.A., D/B/A Randazza Legal Group's Motion to Disqualify the Law Firm of Brownstein Hyatt Farber Schreck, LLP as Defendant/CounterClaimant, Liberty Media Holdings, LLC's Counsel of Record*<br>    *01/12/2015 Reset by Court to 01/06/2015* |
| 01/06/2015 | **All Pending Motions**  (8:00 AM) (Judicial Officer Smith, Douglas E.)<br>    Parties Present<br>    Minutes<br>Result: Matter Heard |
| 02/17/2015 | **Stipulation and Order**<br>*Stipulation and Order Regarding Mediation of March 12, 2015 and Continuation of Status Check* |
| 02/18/2015 | **Notice of Entry of Stipulation and Order**<br>*Notice of Entry of Stipulation and Order Regarding Mediation of March 12, 2015 and Continuation of Status Check* |
| 03/12/2015 | **Settlement Conference**  (10:01 AM) (Judicial Officer Allf, Nancy)<br>    Minutes<br>Result: Not Settled |
| 04/08/2015 | **Stipulation and Order**<br>*Stipulation and Order* |
| 04/08/2015 | **Notice of Entry of Stipulation and Order**<br>*Notice of Entry of Stipulation and Order* |
| 06/18/2015 | **Stipulation**<br>*Stipulation and Order re Lifting of Stay and Release of Interpled Funds* |

| | |
|---|---|
| 06/19/2015 | **Notice of Entry of Stipulation and Order** |
| | *Notice of Entry of Stipulation and Order Re Lifting of Stay and Release of Interpled Funds* |
| 06/23/2015 | **Calendar Call** (8:00 AM) (Judicial Officer Smith, Douglas E.) |
| | Result: Matter Heard |
| 06/23/2015 | **Status Check** (8:00 AM) (Judicial Officer Smith, Douglas E.) |
| | *STATUS CHECK: MEDIATION / RESET 1/6 MOTIONS* |
| | *03/17/2015 Reset by Court to 03/17/2015* |
| | *03/17/2015 Continued to 05/26/2015 – At the Request of Counsel - Liberty Media Holdings LLC; Marc J Randazza PA; Randazza Legal Group* |
| | *05/26/2015 Reset by Court to 06/23/2015* |
| | Result: Matter Heard |
| 06/23/2015 | **All Pending Motions** (8:00 AM) (Judicial Officer Smith, Douglas E.) |
| | Parties Present |
| | Minutes |
| | Result: Matter Heard |
| 06/29/2015 | *CANCELED* **Jury Trial** (9:30 AM) (Judicial Officer Smith, Douglas E.) |
| | *Vacated* |
| 07/23/2015 | **Stipulation and Order** |
| | *Stipulation and Order to Vacate Current Trial Date and to Reset Trial* |
| 07/24/2015 | **Notice of Entry of Stipulation and Order** |
| | *Notice of Entry of Stipulation and Order to Vacate Current Trial Date and to Reset Trial* |
| 08/13/2015 | **Order Setting Civil Jury Trial, Pre-Trial, and Calendar Call** |
| | *Amended Order Setting Civil Jury Trial* |
| 09/01/2015 | *CANCELED* **Calendar Call** (8:00 AM) (Judicial Officer Smith, Douglas E.) |
| | *Vacated - per Stipulation and Order* |
| 09/08/2015 | *CANCELED* **Jury Trial** (9:30 AM) (Judicial Officer Smith, Douglas E.) |
| | *Vacated - per Stipulation and Order* |
| 03/17/2016 | **Order Setting Civil Jury Trial** |
| | *Second Amended Order Setting Civil Jury Trial* |
| 03/18/2016 | **Stipulation and Order** |
| | *Stipulation and Order to Vacate Current Trial Date and to Reset Trial (Second Request)* |
| 03/21/2016 | **Notice of Entry of Stipulation and Order** |
| | *Notice Of Entry Of Stipulation And Order To Vacate Current Trial Date And To Reset Trial* |
| 04/12/2016 | *CANCELED* **Calendar Call** (8:00 AM) (Judicial Officer Smith, Douglas E.) |
| | *Vacated - per Stipulation and Order* |
| 04/18/2016 | *CANCELED* **Jury Trial** (9:30 AM) (Judicial Officer Smith, Douglas E.) |
| | *Vacated - per Stipulation and Order* |
| 08/30/2016 | **Calendar Call** (8:00 AM) (Judicial Officer Smith, Douglas E.) |
| 09/06/2016 | **Jury Trial** (9:30 AM) (Judicial Officer Smith, Douglas E.) |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Counter Claimant** Liberty Media Holdings LLC | | | |
| | Total Financial Assessment | | | 223.00 |
| | Total Payments and Credits | | | 223.00 |
| | **Balance Due as of 05/03/2016** | | | **0.00** |
| 01/03/2013 | Transaction Assessment | | | 223.00 |
| 01/03/2013 | Wiznet | Receipt # 2013-00938-CCCLK | Liberty Media Holdings LLC | (223.00) |

| | | | | |
|---|---|---|---|---|
| | **Defendant** Gibson, Jason | | | |
| | Total Financial Assessment | | | 30.00 |
| | Total Payments and Credits | | | 30.00 |
| | **Balance Due as of 05/03/2016** | | | **0.00** |
| 01/03/2013 | Transaction Assessment | | | 30.00 |
| 01/03/2013 | Wiznet | Receipt # 2013-00939-CCCLK | Gibson, Jasson | (30.00) |

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Marc J Randazza PA | | | |
| | Total Financial Assessment | | | 270.00 |
| | Total Payments and Credits | | | 270.00 |
| | **Balance Due as of 05/03/2016** | | | **0.00** |
| 12/10/2012 | Transaction Assessment | | | 270.00 |
| 12/10/2012 | Wiznet | Receipt # 2012-150832-CCCLK | Marc J Randazza PA | (270.00) |

# EXHIBIT "2"

# EXHIBIT "2"

1 | **SAO**
JOHN H. COTTON, ESQ.
2 | Nevada Bar No.: 5268
E-mail:      JHCotton@JHCottonlaw.com
3 | KATHERINE L. TURPEN, ESQ.
Nevada Bar No.: 8911
4 | E-mail:      KTurpen@JHCottonlaw.com
**JOHN H. COTTON & ASSOCIATES**
5 | 4900 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
6 | Telephone:    702/832-5909
Facsimile:    702/832-5910
7
*Attorneys for Counterclaim Defendant*
8

Electronically Filed
04/08/2015 09:52:39 AM

**CLERK OF THE COURT**

9 | **DISTRICT COURT**

10 | **CLARK COUNTY, NEVADA**

11 | MARC J. RANDAZZA, P.A., a Florida professional association doing business as
12 | RANDAZZA LEGAL GROUP,

| | Case No.:    A-12-673275-C
| | Dept. No.:   VIII

13 | Plaintiff,

14 | v.

15 | LIBERTY MEDIA HOLDINGS, LLC, a California limited-liability company doing
16 | business as Corbin Fisher

| | **STIPULATION AND ORDER**

17 | Defendant.

18 | LIBERTY   MEDIA   HOLDINGS,   LLC,   a
19 | California   limited-liabilty   company   doing business as Corbin Fisher,

20 | Counterclaimant,

21

22 | vs.

MARC   J.   RANDAZZA,   P.A.,   a   Florida
23 | professional   association   doing   business   as RANDAZZA LEGAL GROUP,

24

25 | Counterdefendant.

26 | . . .

27 | . . .

28 | . . .

03-26-15 P02:46 IN

1

## STIPULATION

2   Plaintiff and Counterclaim Defendant Marc J. Randazza P.A., d/b/a RANDAZZA

3   LEGAL GROUP ("RLG"), and Defendant and Counterclaimant Liberty Media Holdings, LLC

4   ("LMH"), both collectively constituting the "Parties," by and through their respective attorneys

5   of record, hereby stipulate and agree as follows:

6   1.   All proceedings in the above captioned matter shall be stayed, including rulings

7   on all pending motions, pending the outcome of the arbitration previously held in Nevada in the

8   matter of <u>Randazza v. Excelsior Media Corporation, et al.</u> (the "Arbitration").

9   2.   The funds on deposit in Plaintiff's trust account, on account of Excelsior Media

10   Corporation or LMH, will be interplead in the District Court for Clark County, to be place in

11   trust until further order by the Court.

12   3.   Upon the determination by the Arbitrator in the Arbitration, the parties shall

13   immediately stipulate to the release to Marc Randazza such Funds as are necessary to satisfy any

14   net award in favor of Randazza in the Arbitration.

15   4.   To the extent that Randazza does not receive a net award in the Arbitration or the

16   net Award is less than the total amount of the Funds, the parties shall further stipulate that the

17   remaining Funds, less $81,000, plus interest, shall be immediately released to Liberty Media

18   Holdings.

19   5.   The $81,000, plus interest, (the "Remaining Funds") shall remain in trust pending

20   a determination of the issues raised in Plaintiff's Complaint.

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

1   6.   Upon a determination of the issues raised in Plaintiff's Complaint (or at such

2   other time that this action is dismissed, settled or otherwise resolved), the Parties shall

3   immediately stipulate to the release to Plaintiff of such Remaining Funds as is necessary to

4   satisfy any net award in favor of Plaintiff, with the remaining balance being released to LMH.

5   .

6   **DATED** this 24 day of March 2015.       **DATED** this _____ day of March 2015.

7   **COUNSEL FOR PLAINTIFF**                   **COUNSEL FOR LMH**
    RANDAZZA LEGAL GROUP                        BROWNSTEIN    HYATT    FARBER

8                                               SCHRECK, LLP

9

10  Ronald D. Green, Esq.                       Mitchell J. Langberg, Esq.
    6525 W. Warm Springs Road, Ste. 100         Laura A. Bielinski, Esq.

11  Las Vegas, NV 89118                         100 North City Parkway, Suite 1600
                                                Las Vegas, NV 89106
12  **DATED** this 26 day of March 2015.

13  **COUNSEL FOR COUNTER-DEFENDANT**

14  JOHN H. COTTON & ASSOCIATES

15  John H. Cotton, Esq.

16  Katherine L. Turpen, Esq.
    7900 West Sahara Avenue, Suite 200

17  Las Vegas, Nevada 89117

18

19                                  **ORDER**

20

21  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

22  1.   All proceedings in the above captioned matter shall be stayed, including rulings

    on all pending motions, pending the outcome of the arbitration previously held in Nevada in the

23  matter of <u>Randazza v. Excelsior Media Corporation, et al.</u> (the "Arbitration").

24  2.   The funds on deposit in Plaintiff's trust account, on account of Excelsior Media

25  Corporation or LMH, will be interplead in the District Court for Clark County, to be place in

26  trust until further order by the Court.

27

28  . . .

                                    - 3 -

1       6.    Upon a determination of the issues raised in Plaintiff's Complaint (or at such

2  other time that this action is dismissed, settled or otherwise resolved), the Parties shall

3  immediately stipulate to the release to Plaintiff of such Remaining Funds as is necessary to

4  satisfy any net award in favor of Plaintiff, with the remaining balance being released to LMH.

5  .

6  **DATED** this _____ day of March 2015.    **DATED** this ____ day of March 2015.

7  **COUNSEL FOR PLAINTIFF**        **COUNSEL FOR LMH**
   RANDAZZA LEGAL GROUP       BROWNSTEIN    HYATT    FARBER

8                                SCHRECK, LLP      #12737

9

10  Ronald D. Green, Esq.                 Mitchell J. Langberg, Esq.
    6525 W. Warm Springs Road, Ste. 100    Laura A. Bielinski, Esq.

11  Las Vegas, NV 89118               100 North City Parkway, Suite 1600
                                       Las Vegas, NV 89106

12  **DATED** this _____ day of March 2015.

13  **COUNSEL FOR COUNTER-DEFENDANT**

14  JOHN H. COTTON & ASSOCIATES

15

16  John H. Cotton, Esq.
    Katherine L. Turpen, Esq.

17  7900 West Sahara Avenue, Suite 200
    Las Vegas, Nevada 89117

18

19                               **ORDER**

20

21      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

22      1.    All proceedings in the above captioned matter shall be stayed, including rulings

23  on all pending motions, pending the outcome of the arbitration previously held in Nevada in the

24  matter of Randazza v. Excelsior Media Corporation, et al, (the "Arbitration").

25      2.    The funds on deposit in Plaintiff's trust account, on account of Excelsior Media

26  Corporation or LMH, will be interplead in the District Court for Clark County, to be place in

27  trust until further order by the Court.

28  . . .

1    3.    Upon the determination by the Arbitrator in the Arbitration, the parties shall

2 immediately stipulate to the release to Marc Randazza   such Funds as are necessary to satisfy

3 any net award in favor of Randazza in the Arbitration.

4    4.    To the extent that Randazza does not receive a net award in the Arbitration or the

5 net Award is less than the total amount of the Funds, the parties shall further stipulate that the

6 remaining Funds, less $81,000, plus interest, shall be immediately released to Liberty Media

7 Holdings.

8    5.    The $81,000, plus interest, (the "Remaining Funds") shall remain in trust pending

9 a determination of the issues raised in Plaintiff's Complaint.

10    6.    Upon a determination of the issues raised in Plaintiff's Complaint (or at such

11 other time that this action is dismissed, settled or otherwise resolved), the Parties shall

12 immediately stipulate to the release to Plaintiff of such Remaining Funds as is necessary to

13 satisfy any net award in favor of Plaintiff, with the remaining balance being released to LMH.

14

15

16                                                          DISTRICT COURT JUDGE

17    Prepared and Submitted by:                              DOUGLAS E. SMITH

18    JOHN H. COTTON & ASSOCIATES

19

20    _____

21    JOHN H. COTTON, ESQ.
      Nevada Bar No. 005268
22    KATHERINE L. TURPEN, ESQ.
      Nevada Bar No. 008911
23    7900 West Sahara Avenue, Suite 200
      Las Vegas, Nevada 89117

24    Attorneys for Counterclaim Defendant

25

26

27

28

-4-

EXHIBIT "3"

EXHIBIT "3"

# REPRINTED RECEIPT

**District Court Clerk of the Court 200 Lewis Ave, 3rd Floor Las Vegas, NV 89101**

Payor
Nevada Law Foundation Trust Accounts/Randazza Legal Grou

Receipt No.
**2015-40284-CCCLK**

Transaction Date
04/17/2015

| Description | Amount Paid |
|---|---|
| On Behalf Of  Marc J Randazza PA | |
| A-12-673275-C | |
| Marc J Randazza PA, Plaintiff(s) vs. Liberty Media Holdings LLC, Defendant(s) | |
| Interplead Funds | |

|  |  |
|---|---|
| Interplead Funds | 276,883.35 |
| **SUBTOTAL** | **276,883.35** |

**PAYMENT TOTAL**      **276,883.35**

|  |  |
|---|---|
| Check (Ref #1006) Tendered | 276,883.35 |
| Total Tendered | 276,883.35 |
| Change | 0.00 |

Per Stipulation and Order filed 4/8/15

| 04/17/2015 | Cashier | Audit |
|---|---|---|
| 09:38 AM | Station AIKO | 35057198 |

## REPRINTED RECEIPT

A – 12 – 673275 – C
TRCT
Trust Receipt
4449650

EXHIBIT "4"

EXHIBIT "4"

Electronically Filed
06/18/2015 01:37:01 PM

**CLERK OF THE COURT**

1  SAO
   MITCHELL J. LANGBERG, ESQ.
2  Nevada Bar No. 10118
   LAURA E. BIELINSKI, ESQ.
3  Nevada Bar No. 10516
   MAXIMILIEN D. FETAZ, ESQ.
4  Nevada Bar No. 12737
   BROWNSTEIN HYATT FARBER SCHRECK, LLP
5  100 North City Parkway, Suite 1600
   Las Vegas, Nevada 89106
6  mlangberg@bhfs.com
   lbielinski@bhfs.com
7  mfetaz@bhfs.com
   Telephone: (702) 382-2101
8  Facsimile: (702) 382-8135

9  *Attorneys for Defendant/Counterclaimant Liberty Media
   Holdings, LLC*

10

11                    DISTRICT COURT

12                CLARK COUNTY, NEVADA

13  MARC J. RANDAZZA, P.A., a Florida         Case No.: A-12-673275-C
    professional association doing business as
14  RANDAZZA LEGAL GROUP,                     Dept. No: VIII

15                 Plaintiff,                 **STIPULATION AND ORDER RE
                                              LIFTING OF STAY AND RELEASE OF**
16  v.                                        **INTERPLED FUNDS**

17  LIBERTY MEDIA HOLDINGS, LLC, a
    California limited-liability company doing
18  business as Corbin Fisher

19                 Defendant.

20  ────────────────────────────────

21  LIBERTY MEDIA HOLDINGS, LLC, a
    California limited-liability company doing
22  business as Corbin Fisher,

23                 Counterclaimant,

24  vs.

25  MARC J. RANDAZZA, P.A., a Florida
    professional association doing business as
26  RANDAZZA LEGAL GROUP,

27                 Counterdefendant.

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
(702) 382-2101

1

## STIPULATION

Plaintiff/Counterdefendant Marc J. Randazza P.A., d/b/a Randazza Legal Group ("RLG"), by and through its attorneys of record, the law firm of Randazza Legal Group and John H. Cotton & Associates, and Defendant/Counterclaimant Liberty Media Holdings, LLC ("Liberty"), by and through its attorneys of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, hereby enter this Stipulation based upon the following facts:

1.      RLG and Liberty entered into a stipulation in March 2015, and the Court entered the stipulation as an order on April 8, 2015 (the "Stipulation and Order");

2.      Pursuant to the Stipulation and Order, on April 17, 2015, RLG deposited with the Court $276,883.35 of funds from RLG's trust account (the "Interpled Funds") (Receipt No. 2015-40284-CCCLK);

3.      The Interpled Funds were to remain on deposit with the Court until such time that a certain arbitration award was issued, at which time the parties were to stipulate to the release of the Interpled Funds;

4.      Further, pursuant to the Stipulation and Order, the above-entitled case was to be stayed pending the issuance of the arbitration award;

5.      The arbitration award was issued on June 3, 2015;

6.      Among other things, the arbitration award directs that the Interpled Funds be paid over to Defendant.

7.      Through this stipulation, RLG is not waiving the affirmative claims for relief that it has asserted against Liberty

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

2

WHEREFORE, it is stipulated by and between the parties through their respective counsel of record that:

    a)      The stay in this matter should be lifted; and

    b)      All of the Interpled Funds shall be immediately released to Liberty or Liberty's counsel.

DATED this 12th day of June, 2015.

BROWNSTEIN HYATT FARBER
SCHRECK LLP

By:_____
    MITCHELL J. LANGBERG, ESQ.
    Nevada Bar No. 10118
    LAURA E. BIELINSKI, ESQ.
    Nevada Bar No. 10516
    MAXIMILIEN D. FETAZ, ESQ
    Nevada Bar No. 12737
    100 North City Parkway, Suite 1600
    Las Vegas, NV 89106-4614

*Attorneys for Defendant/Counterclaimant
Liberty Media Holdings, LLC*

DATED this 1 day of June, 2015.

RANDAZZA LEGAL GROUP

By:_____
    RONALD D. GREEN, ESQ.
    Nevada Bar No. 7360
    6525 W. Warm Springs Road, Ste. 100
    Las Vegas, NV 89118

*Attorney for Plaintiff/Counterdefendant
Marc J. Randazza P.A., d/b/a Randazza
Legal Group*

DATED this ____ day of June, 2015.

JOHN H. COTTON & ASSOCIATES

By:_____
    JOHN H. COTTON, ESQ.
    Nevada Bar No. 5268
    KATHERINE L. TURPEN, ESQ.
    Nevada Bar No. 8911
    7900 West Sahara Avenue, Suite 200
    Las Vegas, Nevada 89117

*Attorney for Plaintiff/Counterdefendant Marc
J. Randazza P.A., d/b/a Randazza Legal
Group*

3

WHEREFORE, it is stipulated by and between the parties through their respective counsel of record that:

a)    The stay in this matter should be lifted; and

b)    All of the Interpled Funds shall be immediately released to Liberty or Liberty's counsel.

DATED this ___ day of June, 2015.

BROWNSTEIN HYATT FARBER SCHRECK LLP

By: _____
MITCHELL J. LANGBERG, ESQ.
Nevada Bar No. 10118
LAURA E. BIELINSKI, ESQ.
Nevada Bar No. 10516
MAXIMILIEN D. FETAZ, ESQ
Nevada Bar No. 12737
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendant/Counterclaimant
Liberty Media Holdings, LLC*

DATED this ___ day of June, 2015.

RANDAZZA LEGAL GROUP

By: _____
RONALD D. GREEN, ESQ.
Nevada Bar No. 7360
6525 W. Warm Springs Road, Ste. 100
Las Vegas, NV 89118

*Attorney for Plaintiff/Counterdefendant
Marc J. Randazza P.A., d/b/a Randazza
Legal Group*

DATED this 12 day of June, 2015.

JOHN H. COTTON & ASSOCIATES

By: _____
JOHN H. COTTON, ESQ.
Nevada Bar No. 5268
KATHERINE L. TURPEN, ESQ.
Nevada Bar No. 8911
7900 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

*Attorney for Plaintiff/Counterdefendant Marc
J. Randazza P.A., d/b/a Randazza Legal
Group*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

3

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

## ORDER

Having considered the foregoing and finding good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the foregoing Stipulation and Order Re Lifting of Stay and Release of Interpled Funds is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the stay in this matter is LIFTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court Clerk release $276,883.35, which funds were interpled with the Court on April 17, 2015 (Receipt No. 2015-40284-CCCLK), to Liberty or Liberty's counsel.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs shall cooperate and take any and all such actions necessary to effectuate the release of the funds referenced above.

Dated this ___ day of June, 2015.

_____
DISTRICT COURT JUDGE

Prepared and submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: _____
MITCHELL J. LANGBERG, ESQ.
Nevada Bar No. 10118
LAURA E. BIELINSKI, ESQ.
Nevada Bar No. 10516
MAXIMILIEN D. FETAZ, ESQ.
Nevada Bar No. 12737
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendant/Counterclaimant Liberty Media Holdings, LLC*

4