NVB 9037–1 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–15–14956–abl |
| | CHAPTER 11 |
| MARC JOHN RANDAZZA , | |
| Debtor(s) | |
| | Adversary Proceeding: 15–01193–abl |
| LIBERTY MEDIA HOLDINGS, LLC | NOTICE OF FILING OFFICIAL |
| EXCELSIOR MEDIA CORP. | TRANSCRIPT AND OF DEADLINES |
| Plaintiff(s) | RELATED TO RESTRICTION AND |
| | REDACTION |
| vs | |
| MARC JOHN RANDAZZA | |
| Defendant(s) | |

**NOTICE IS GIVEN** that a transcript has been filed on June 19, 2016 as referenced in the following document:

**55** – Transcript regarding Hearing Held on 06/10/16. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, Telephone number 855–873–2223. Purchasing Party: Matthew C. Zirzow. Redaction Request Due By 07/11/2016. Redacted Transcript Submission Due By 07/20/2016. Transcript access will be restricted through 09/19/2016. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is July 11, 2016.

If a Request for Redaction is filed, the redacted transcript is due July 20, 2016. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is September 19, 2016, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 6/19/16

*Mary A. Schott*

Mary A. Schott
Clerk of Court