_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
September 02, 2016

James D. Greene, Esq., NV Bar No. 2647
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Ph: (702) 570-6000
Fax: (702) 463-8401
E-mail: jgreene@greeneinfusolaw.com

Attorneys for Plaintiffs

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA<br><br>          Debtors.<br>_____<br><br>EXCELSIOR MEDIA CORP., a Nevada Corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada Limited Company,<br><br>          Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>          Defendant. | Case No BK-15-14956-LBR<br><br>Chapter 11<br><br>Adversary Proceeding No. 15-01193-ABL<br><br>**ORDER APPROVING STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**Hearing Date:  September 20, 2016**<br>**Hearing Time:  1:30 p.m.** |

The Court having reviewed the Stipulation Regarding Briefing Schedule for Motion to Dismiss Plaintiffs' Second Amended Complaint ("Stipulation") (Docket No.83) and with good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs have up to and including September 7, 2016 to file an Opposition or other Response to the Defendant's Motion to Dismiss Plaintiffs' Second Amended Complaint("Motion");

IT IS FURTHER ORDERED that Defendant shall have up to and including September 14, 2016 to file a Reply to any Opposition or other Response.

Respectfully Submitted by:

GREENE INFUSO, LLP

 /s/ James D. Greene
James D. Greene, Esq.
Nevada Bar No. 2647
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Approved by:

LARSON & ZIRZOW, LLC

 /s/ Matthew C. Zirzow
Matthew C. Zirzow, Esq.
Nevada Bar No. 7787
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

2