LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Defendant

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>　　　　Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC., a Nevada limited liability company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>　　　　Defendant. | Adv. No. 15-01193-abl<br><br>**NOTICE OF ENTRY OF ORDER**<br><br>Old Date & Time:<br>January 25, 2017 at 1:30 p.m.<br><br>New Date & Time:<br>February 13, 2017 at 1:30 p.m. |
| AND RELATED COUNTERCLAIMS. | |

TO:　WHOM IT MAY CONCERN

　　　NOTICE IS HEREBY GIVEN that on the 9th day of January, 2017, an *Order Granting Stipulation to Extend Briefing Deadlines and to Continue Hearing Date for Motion for Order Confirming Interim Arbitration Award* [ECF No. 112] was entered in the above-entitled

. . .

matter, a copy of which is attached hereto.

Dated: January 9, 2017.

                            LARSON & ZIRZOW, LLC

By /s/ *signature*
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Defendant

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

———————————————————————
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 09, 2017
———————————————————————

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Defendant

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA<br><br>Debtor. | Case No BK-15-14956-ABL<br>Chapter 11 |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Adv. No. 15-01193-ABL<br><br>**ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES AND TO CONTINUE HEARING DATE FOR MOTION FOR ORDER CONFIRMING INTERIM ARBITRATION AWARD**<br><br>Old Date & Time<br>January 25, 2017 at 1:30 p.m.<br><br>New Date & Time<br>February 13, 2017 at 10:30 a.m. |

Defendant/Counter-defendant, Marc John Randazza (the "Defendant"), by and through his counsel, Larson & Zirzow, LLC, and Plaintiffs/Counter-defendants, Excelsior Media Corp., a Nevada corporation, and Liberty Media Holdings, LLC, a Nevada limited liability company (collectively, the "Plaintiffs" and together with the Defendant, the "Parties"), by and through their counsel, Greene Infuso, LLP, having filed their *Stipulation to Extend Briefing Deadlines and Hearing Date for Motion for Order Confirming Interim Arbitration Award* (the "Stipulation")[1]; the Court having reviewed and considered the Stipulation, and good cause appearing therefore;

**IT IS HEREBY ORDERED:**

1.  The Stipulation is GRANTED.

2.  Defendant shall have up to and including January 20, 2017 to file an opposition to the *Motion for Order Confirming Interim Arbitration Award* (the "Motion") [Adv. ECF No. 104], and Plaintiffs shall have up to and including February 3, 2017 to file a reply to any opposition to the Motion.

3.  The hearing date and time on the Motion currently scheduled for January 25, 2017 at 1:30 p.m. shall be continued to February 13, 2017 at 10:30 a.m.

4.  The Parties do not herein waive or release any claims or arguments they may have with respect to the Motion.

**IT IS SO ORDERED.**

. . .

. . .

. . .

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meaning as set forth in the Stipulation.

2

1  By: /s/ Matthew C. Zirzow              By: /s/ James D. Greene
   LARSON & ZIRZOW, LLC                       GREENE INFUSO, LLP
2  ZACHARIAH LARSON, ESQ.                     JAMES D. GREENE, ESQ.
3  Nevada Bar No. 7787                        Nevada Bar No. 2647
   MATTHEW C. ZIRZOW, ESQ.                    3030 South Jones Boulevard, Suite 101
4  Nevada Bar No. 7222                        Las Vegas, Nevada 89146
   850 E. Bonneville Ave.
5  Las Vegas, Nevada 89101                    LITTLER MENDELSON, P.C.
                                              Wendy Medura Krincek, Esq.
6  Attorneys for Defendant                    Nevada Bar No. 6417
                                              3960 Howard Hughes Parkway, Suite 300
7                                             Las Vegas, Nevada 89169-5937

8                                             Attorneys for Plaintiffs

9

10                                            # # #

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169