# EXHIBIT "7"

EXHIBIT "7"

## PROMISSORY NOTE

| Borrower Information: | |
|---|---|
| Name:<br>Liberty Media Holdings, LLC | Date:<br>August 21, 2012 |
| Street Address:<br>4262 Blue Diamond Road, 102-377 | City/State/Zip:<br>Las Vegas, NV 89139 |

| Lenders Information: | |
|---|---|
| Name:<br>Marc J. Randazza | |
| Street Address:<br>10620 Southern Highlands Parkway #110-454 | City/State/Zip:<br>Las Vegas, NV 89141 |

| Loan Information: | |
|---|---|
| Loan Amount: $25,000 USD<br>(payment to Gail HK) | Loan Period:<br><br>T.B.D. |
| Interest Rate: N/A | Payment Schedule:<br><br>Borrower will repay Lender either a) upon collection of funds from FF Magnat, Ltd. or b) within seven (7) days of cessation of Lender's employment with Borrower |

DEFENDANT'S EXHIBIT 373

EMC001641

1. **Promise to Pay.** For value received ($25,000 USD payment to Hong Kong attorneys at Gall HK), Liberty Media Holdings, LLC (Borrower) promises to pay Marc J. Randazza (Lender) $25,000 USD as specified below.

2. **Payment Timeline.** Borrower will pay the entire sum to Lender either a) upon Borrower collecting funds from FF Magnat Ltd. or b) within seven (7) days of the employee/employer relationship between Borrower and Lender ending.

3. **Prevailing Party Fees.** If Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's costs and lawyer's fees in an amount the court finds to be reasonable.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound until this note shall be fully paid and waive demand, presentment and protest and all notices hereto and further agree to remain bound notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change in terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of Nevada.

Lender: _____  Date: _____

Borrower: _____[signature]_____  Date: 8/21/12

EMC001642