# EXHIBIT "21"

EXHIBIT "21"

From: **General Counsel** marc@corbinfisher.com
Subject: **Fair Use Warning**
Date: September 6, 2011 at 3:43 PM
To: **Excelsior Media** webmaster@excelsiormedia.com, **Brian Dunlap** bdunlap@excelsiormedia.com, **Erika Dillon** erika@excelsiormedia.com, **Cameron Frost** cameron@excelsiormedia.com, **Chip Carter** chip@excelsiormedia.com

Team:

This is a good example of "Fair Use" of our materials. I see the reporter's point, but using parts of our films for a compilation is *likely* to be held as fair use.

This movie is an example: http://www.xvideos.com/video1327165/cumshots_and_cum_eating_8

Now, there is an argument that it is not -- that they took "the money shot" and given that they took that portion, it takes the "heart of the matter." However, if we brought a claim against this, we would look bad. I think it would do terrible damage to our brand. If we did a DMCA takedown, we would be subject to a counter-notification AND attorneys' fees.

So, this is a very good example of us needing to be careful. Please do NOT file a takedown request on this video. And, when the report does state that it is a compilation, etc, then we should err on the side of not taking it down.


Begin forwarded message:

**From:** piracy@corbinfisher.com
**Subject: Anti-Piracy Non-Member Feedback (CF)**
**Date:** September 6, 2011 1:59:21 PM PDT
**To:** piracy@corbinfisher.com

Message:From the site Xvideos.com this compilation film has two clips of your films at around 18'30. I reported last week that there were other parts of your films on some of the other "Cumshots and cum eating" series, these still seem to appear on Xvideos, I think you should check them out
URL:http://www.xvideos.com/video1327165/cumshots_and_cum_eating_8
Name:
Phone:
******
ServerIP:Web 1
IP:89.240.71.215
From:



DEFENDANT'S EXHIBIT 390

EMC004594