# EXHIBIT "22"

EXHIBIT "22"

Print | Close Window

**Subject:** Your Counteroffer, our counter-counter offer
**From:** "Marc John Randazza" <mjr@randazza.com>
**Date:** Wed, Dec 22, 2010 9:54 am
**To:** Val Gurvits <vgurvits@bostonlawgroup.com>

Val,

Thanks for the call today. My client surprised me and was far more receptive than I thought.

Counter-Counter Offer.

1. $50,000 - and funds must clear my trust account quickly enough to be in client's account by end of year.

2. **Other terms of the offer apply regarding future banning of content and TNA being pro-active, not just re-active regarding taking down CF content.**
They were adamant about this - but I think that the time frames and monetary terms could be tweaked. The only un-bendable requirement is that they want TNA to be motivated by more than simple DMCA notices to take down their content.

As far as conflicting me out of future cases, that will require significantly more than $5,000. In fact, I have someone waiting in the wings with a $50K retainer right now.

Naturally, I'm in a strange ethical bind, as your offer to conflict me out of future cases against your client is something that would benefit my current client. Accordingly, I would be willing to be conflicted out of cases against TNA, but that $5K figure has to come up. Either that, or you can give Corbin Fisher what they asked for, and I'll conflict myself out for a token payment.

Finally, with respect to conflicting me out, TNA would have to agree that they would waive any such conflict for future disputes with Corbin Fisher, but Corbin Fisher only.

Marc John Randazza
**Randazza Legal Group**

3969 Fourth Avenue, Suite 204
San Diego, California 92103
Toll Free: 888-667-1113
email: mjr (at) randazza (dot) com
eFax: 305.437.7662

Other Offices: Miami, Las Vegas, Toronto, San Francisco
http://www.randazza.com

Copyright © 2003-2013. All rights reserved.



DEFENDANT'S EXHIBIT 352

EMC001331