1   James D. Greene, Esq.                                   E-filed on: *April 7, 2017*
    Nevada Bar No. 2647
2   **GREENE INFUSO, LLP**
    3030 South Jones Boulevard, Suite 101
3   Las Vegas, Nevada 89146
    Ph: (702) 570-6000
4   Fax: (702) 463-8401
    E-mail: jgreene@greeneinfusolaw.com
5

6   Attorneys for Plaintiffs

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **FOR THE DISTRICT OF NEVADA**

10
    In re:                                    Case No BK-15-14956-ABL
11
    MARC JOHN RANDAZZA                         Chapter 11
12
                 Debtors.
13
                                              Adversary Proceeding No.
14  ────────────────────────────────          15-01193-ABL

15  EXCELSIOR MEDIA CORP., a Nevada
    Corporation; and LIBERTY MEDIA
16  HOLDINGS, LLC, a Nevada Limited            **APPENDIX TO DECLARATION OF**
    Company,                                   **WENDY M. KRINCEK IN SUPPORT OF**
17                                             **REPLY IN SUPPORT OF MOTION FOR**
                 Plaintiffs,                   **ORDER CONFIRMING INTERIM**
18                                             **ARBITRATION AWARD**
    V.                                         **(VOLUMES 1 through 12)**
19
    MARC JOHN RANDAZZA, an individual,
20                                             **Hearing Date:  N/A**
                 Defendant.                    **Hearing Time: N/A**
21

22

23

24

25

26

27

28

1

GREENE INFUSO, LLP
3030 South Jones Boulevard Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*GREENE INFUSO, LLP*
*3030 South Jones Boulevard Suite 101*
*Las Vegas, Nevada 89146*
*(702) 570-6000*

## Table of Contents of Appendices

**VOLUME I**

Exhibit 1, Tab 1 – Transcript of Arbitration, February 9, 2015.................................Vol. I, 000001

**VOLUME II**

Exhibit 1, Tab 1 (Continued) – Transcript of Arbitration, February 9, 2015 ............ Vol. II, 000241

Exhibit 2, Tab 2 – Transcript of Arbitration, February 10, 2015.............................. Vol. II, 000318

**VOLUME III**

Exhibit 2, Tab 2 (Continued) – Transcript of Arbitration, February 10, 2015 ......... Vol. III, 000480

Exhibit 3, Tab 3 – Transcript of Arbitration, February 11, 2015.............................Vol. III, 000663

**VOLUME IV**

Exhibit 3, Tab 3 (Continued) – Transcript of Arbitration, February 11, 2015 .........Vol. IV, 000719

**VOLUME V**

Exhibit 3, Tab 3 (Continued) – Transcript of Arbitration, February 11, 2015 .......... Vol. V, 000959

Exhibit 4, Tab 4 – Transcript of Arbitration, February 12, 2015.............................. Vol. V, 001026

**VOLUME VI**

Exhibit 4, Tab 4 (Continued) – Transcript of Arbitration, February 12, 2015 .........Vol. VI, 001199

Exhibit 5, Tab 5 – Transcript of Arbitration, February 13, 2015.............................Vol. VI, 001279

**VOLUME VII**

Exhibit 5, Tab 5 (Continued) – Transcript of Arbitration, February 13, 2015 ....... Vol. VII, 001437

**VOLUME VIII**

Exhibit 6, Tab 6 – Randazza Letter Brief Dated March 29, 2013 ........................ Vol. VIII, 001569

Exhibit 7, Tab 7 – Liberty Media Notice of Appearance ...................................... Vol. VIII, 001617

Exhibit 8, Tab 8 – Plaintiffs' Post-Arbitration Brief ............................................. Vol. VIII, 001620

Exhibit 9, Tab 9 – Plaintiffs' Arbitration Exhibits ............................................... Vol. VIII, 001705

**VOLUME IX**

Exhibit 9, Tab 9 (Continued) – Plaintiffs' Arbitration Exhibits ........................... Vol. VIII, 001785

**VOLUME X**

Exhibit 9, Tab 9 (Continued) – Plaintiffs' Arbitration Exhibits ............................... Vol. X, 002025

1

## VOLUME XI

Exhibit 9, Tab 9 (Continued) – Plaintiffs' Arbitration Exhibits ..............................Vol. XI, 002265

Exhibit 10, Tab 10 – Randazza Post-Arbitration Reply Brief ..................................Vol. XI, 002356

Exhibit 11, Tab 11 – Motion to Confirm Award Dated June 19, 2015 ...................Vol. XI, 002389

Exhibit 12, Tab 12 - Arbitrator's Order Dated January 8, 2014 .............................Vol. XI, 002443

Exhibit 13, Tab 13 – Randazza Post-Arbitration Brief (Arbitration) .....................Vol. XI, 002447

## VOLUME XII

Exhibit 14, Tab 14 – Plaintiffs' Post-Arbitration Reply Brief (Arbitration) .......... Vol. XII, 002492

Exhibit 15, Tab 15 - Arbitrator's July 3, 2013 Order (Arbitration)....................... Vol. XII, 002532

Exhibit 16, Tab 16 - Dennis L. Kennedy Expert Report ........................................ Vol. XII, 002537

Exhibit 17, Tab 17 - Rule 24 of JAMS Rules & Procedures (July 1, 2014)........... Vol. XII, 002660

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GREENE INFUSO, LLP**
3030 South Jones Boulevard Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

**GREENE INFUSO, LLP**
3030 South Jones Boulevard Suite 101
Las Vegas, Nevada 89146
(702) 570-6000

## <u>CERTIFICATE OF SERVICE</u>

I am employed by the law firm of Greene Infuso, LLP in Clark County.  I am over the age of 18 and not a party to this action. My business address is 3030 South Jones Boulevard, Suite 101, Las Vegas, Nevada 89146.

On April 7, 2017, I served the document(s), described as:

**APPENDIX TO DECLARATION OF WENDY M. KRINCEK IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR ORDER CONFIRMING INTERIM ARBITRATION AWARD (VOLUMES 1 through 12)**

☒    by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows

☐ a.  ECF System *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☒ b.  BY U.S. MAIL. I deposited such envelope in the mail at Las Vegas, Nevada.  The envelope(s) were mailed with postage thereon fully prepaid.

Zachariah Larson, Esq.
Matthew Zirzow, Esq.
LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

I am readily familiar with Greene Infuso, LLP.'s practice of collection and processing correspondence for mailing.  Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c.  BY PERSONAL SERVICE.

☐ d.  BY DIRECT EMAIL

☐ e.  BY FACSIMILE TRANSMISSION

I declare under penalty of perjury that the foregoing is true and correct.

Dated, this 7th day of April, 2017

/s/ K Farney
An employee of Greene Infuso, LLP

4