_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 08, 2017

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                                    )        Case No. 15-14956-abl
                                                          )
MARC JOHN RANDAZZA,                                       )        Chapter 11
                                                          )
                    Debtor.                               )
_____ )
                                                          )
LIBERTY MEDIA HOLDINGS, LLC, et al.,                      )        Adv. Proc. No. 15-01193-abl
                                                          )
                    Plaintiffs,                           )
                                                          )
vs.                                                       )
                                                          )
MARC JOHN RANDAZZA,                                       )
                                                          )
                    Defendant.                            )        Hearing Date: June 6, 2017
_____ )        Hearing Time: 1:30 p.m.

**ORDER DENYING MOTION**

On June 6, 2017, the Court issued its oral ruling regarding a contested Motion For Order

Confirming Interim Arbitration Award ("Motion") (ECF No. 104).[1]  The Motion was filed on

behalf of plaintiffs Liberty Media Holdings, LLC and Excelsior Media Corp. (collectively,

"Movants").

At the June 6, 2017, oral ruling, attorney James D. Greene appeared on behalf of

_____

[1]In this Order all references to "ECF No." are to the numbers assigned to the documents
filed in the adversary proceeding identified in the caption above, as they appear on the docket
maintained by the Clerk of the Court.

1

Movants.  Attorney Matthew C. Zirzow appeared on behalf of defendant Marc John Randazza.

Other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course

of its oral ruling on June 6, 2017, those findings of fact and conclusions of law are incorporated

into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this

adversary proceeding pursuant to FED. R. BANKR. P. 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **DENIED**.

Notice and copies sent to:

ALL PARTIES VIA BNC.

# # #