_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 08, 2017

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No. 15-14956-abl |
| MARC JOHN RANDAZZA, | Chapter 11 |
| Debtor. | |
| _____ | |
| LIBERTY MEDIA HOLDINGS, LLC, et al., | Adv. Proc. No. 15-01193-abl |
| Plaintiffs, | |
| vs. | **Continued Scheduling Conference**<br>Date: July 28, 2017<br>Time: 3:00 p.m. |
| MARC JOHN RANDAZZA, | **Trial Dates** |
| Defendant. | Date: April 3, 5, 9, 12, 16, 2018<br>Time: 9:30 a.m. |

**ORDER SCHEDULING TRIAL AND CONTINUING SCHEDULING CONFERENCE**

This adversary proceeding having come on for scheduling conference June 6, 2017, at 1:30 p.m.,

**IT IS ORDERED** that a **five day trial** is scheduled for **April 3, 5, 9, 12, and 16, 2018, at 9:30 a.m. all days**, in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, Third Floor, Courtroom #1.

**IT IS FURTHER ORDERED** that on or before **5:00 p.m. prevailing Pacific Time on Friday July 21, 2017**, the parties shall file a joint discovery plan with the Court.

**IT IS FURTHER ORDERED** that a **continued scheduling conference is scheduled**

1 **for Friday July 28, 2017, at 3:00 p.m.**, in the Foley Federal Building and United States
2 Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, Third Floor,
3 Courtroom #1.

6 Notice and copies sent to:
7     ALL PARTIES VIA BNC.
8                                # # #