NVB 9037–1 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

MARC JOHN RANDAZZA ,
                              Debtor(s)

BK–15–14956–abl
CHAPTER 11

Adversary Proceeding: 15–01193–abl

LIBERTY MEDIA HOLDINGS, LLC
EXCELSIOR MEDIA CORP.
                              Plaintiff(s)

vs

MARC JOHN RANDAZZA
EXCELSIOR MEDIA CORP.
                              Defendant(s)

NOTICE OF FILING OFFICIAL
TRANSCRIPT AND OF DEADLINES
RELATED TO RESTRICTION AND
REDACTION

**NOTICE IS GIVEN** that a transcript has been filed on July 6, 2017 as referenced in the following document:

*195* – Transcript regarding Hearing Held on 06/06/17. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber Access Transcripts, LLC, Telephone number 1–855–873–2223. Purchasing Party: Matthew C. Zirzow. Redaction Request Due By 07/27/2017. Redacted Transcript Submission Due By 08/7/2017. Transcript access will be restricted through 10/4/2017. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is July 27, 2017.

If a Request for Redaction is filed, the redacted transcript is due August 7, 2017. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is October 4, 2017, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 7/6/17

*Mary A Schott*

Mary A. Schott
Clerk of Court