_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 02, 2017

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>    Debtor.<br>_____<br>LIBERTY MEDIA HOLDINGS, LLC, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARC JOHN RANDAZZA,<br><br>    Defendant.<br>_____ | Case No. 15-14956-abl<br><br>Chapter 11<br><br><br><br>Adv. Proc. No. 15-01193-abl<br><br><br><br><br><br><br><br>Hearing Date: July 28, 2017<br>Hearing Time: 3:00 p.m. |

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT**

On July 28, 2017, the Court issued its oral ruling regarding a contested Motion For Partial Summary Judgment ("Motion") (ECF No. 146).[1] The Motion was filed on behalf of defendant Marc John Randazza ("Defendant").

At the July 28, 2017, oral ruling, attorney Zachariah Larson appeared telephonically on behalf of Defendant. Attorney James D. Greene appeared on behalf of plaintiffs Liberty Media

---

[1] In this Order all references to "ECF No." are to the numbers assigned to the documents filed in the adversary proceeding identified in the caption above, as they appear on the docket maintained by the Clerk of the Court.

1

Holdings, LLC and Excelsior Media Corp. (collectively, "Plaintiffs"). Other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on July 28, 2017, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this adversary proceeding pursuant to FED. R. BANKR. P. 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **GRANTED in part and DENIED in part as follows**:

- To the extent the Motion seeks summary judgment in favor of Defendant as to the remaining causes of action[2] advanced on behalf of plaintiff Liberty Media Holdings, LLC ("Liberty"), the Motion is **GRANTED**.
- To the extent the Motion seeks summary judgment in favor of Defendant as to the remaining causes of action[3] advanced on behalf of plaintiff Excelsior Media Corp. ("Excelsior"), the Motion is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion is **DENIED** as to all other relief requested therein which is not granted pursuant to the terms of this Order.

Notice and copies sent to:

ALL PARTIES VIA BNC.

### ###

---

[2] 11 U.S.C. §§ 523(a)(4) and (a)(6). See Second Amended Complaint by Creditors Excelsior Media Corp., and Liberty Media Holdings, LLC to Determine Non-dischargeability of Debts (the "Complaint") (ECF No. 58).

[3] 11 U.S.C. §§ 523(a)(4) and (a)(6). See Complaint.

2