_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**August 03, 2017**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | ) Case No. 15-14956-abl |
| | ) |
| MARC JOHN RANDAZZA, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| _____ | ) |
| | ) |
| LIBERTY MEDIA HOLDINGS, LLC, et al., | ) Adv. Proc. No. 15-01193-abl |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARC JOHN RANDAZZA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**JUDGMENT**

The Court has entered its Order Granting In Part and Denying In Part Motion For

Summary Judgment (ECF No. 199)[1] ("Summary Judgment Order").  The Summary Judgment

Order granted, in part, the motion of defendant Marc John Randazza.

Pursuant to FED. R. CIV. P. 54(b), made applicable in this adversary proceeding pursuant

to FED. R. BANKR. P. 7054(a), the Court expressly determines that there is no just reason for

_____

[1]In this Judgment all references to "ECF No." are to the numbers assigned to the
documents filed in the adversary proceeding identified in the caption above, as they appear on
the docket maintained by the Clerk of the Court.

1

delay in the entry of final judgment consistent with the Summary Judgment Order.

In accordance with FED. R. CIV. P. 54 and 58, made applicable in this adversary proceeding by FED. R. BANKR. P. 7054 and 7058:

**JUDGMENT IS ENTERED** in favor of defendant Marc John Randazza ("Randazza") on all remaining claims advanced by plaintiff Liberty Media Holdings, LLC[2] against Randazza by way of the Complaint, and such Claims are **DISMISSED**.

Notice and copies sent to:

ALL PARTIES VIA BNC.

# # #

---

[2]11 U.S.C. §§ 523(a)(4) and (a)(6) (the "Claims").  See Second Amended Complaint by Creditors Excelsior Media Corp., and Liberty Media Holdings, LLC to Determine Non-dischargeability of Debts (the "Complaint") (ECF No. 58).