LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>      Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada limited liability company,<br><br>      Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>      Defendant. | Adv. No. 15-01193-abl<br><br><br><br><br><br><br><br>Date:   February 13, 2018<br>Time:  10:00 a.m. |

**NOTICE OF HEARING RE: DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT AND RELEASE WITH EXCELSIOR MEDIA CORP., LIBERTY MEDIA HOLDINGS, LLC AND JASON GIBSON PER FED. R. BANKR. P. 9019**

NOTICE IS HEREBY GIVEN that a *Motion to Approve Settlement Agreement and Release with Excelsior Media Corp., Liberty Media Holdings, LLC and Jason Gibson Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") was filed by Debtor, Marc John Randazza, by and through his counsel, the law firm of Larson Zirzow & Kaplan, LLC.  The Motion requests that

the Court enter an order approving the settlement agreement as a fair and equitable compromise of the parties' alleged claims pursuant to Fed. R. Bankr. P. 9019, including the settlement payment over time of $40,000.

NOTICE IS FURTHER GIVEN that the hearing on the Motion is scheduled for February 13, 2018 at 10:00 a.m., and will be held before a U.S. Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard S., Third Floor, Courtroom No. 1, Las Vegas, NV 89101.

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion. The opposition must state your position set forth all relevant facts and legal authority, and, to the extent applicable, be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may refuse to allow you to speak at the scheduled hearing; and
> - The court may rule against you without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated: January 5, 2018.

By:    /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.

Attorneys for Debtor

**LARSON ZIRZOW & KAPLAN, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2