LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>Defendant. | Adv. No. 15-01193-abl<br><br><br><br><br><br>Date: February 13, 2018<br>Time: 10:00 a.m. |

**ERRATA TO DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT AND RELEASE WITH EXCELSIOR MEDIA CORP., LIBERTY MEDIA HOLDINGS, LLC AND JASON GIBSON PURSUANT TO FED. R. BANKR. P. 9019**

Debtor, Marc John Randazza, hereby submits his errata (the "Errata") to his previously filed *Motion to Approve Settlement Agreement and Release With Excelsior Media Corp., Liberty Media Holdings, LLC, and Jason Gibson Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") [ECF No. 205 and Adv. ECF No. 211] to include a fully executed signature page to the proposed form

of Settlement Agreement attached to the Motion, which is attached hereto as **Exhibit 1**.

Dated: January 5, 2018.

By:   /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.

Attorneys for Debtor

2

# EXHIBIT 1

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be executed by their duly authorized representatives as of the Effective Date.

EXCELSIOR PARTIES:

JASON GIBSON:

_____

EXCELSIOR MEDIA CORP.,
a Nevada corporation:

By: _____

Its: President

LIBERTY MEDIA HOLDINGS, LLC,
a dissolved California limited liability company:

By: _____

Its: Managing Member

LIBERTY MEDIA HOLDINGS, LLC,
a Nevada limited liability company:

By: _____

Its: Managing Member

MR. RANDAZZA:

MARC JOHN RANDAZZA:

_____