LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Attorneys for Defendant

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>    Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>    Defendant. | Adv. No. 15-01193-abl<br><br><br>**CERTIFICATE OF SERVICE**<br><br><br>Date: February 13, 2018<br>Time: 10:00 a.m. |
| AND RELATED COUNTERCLAIMS. | |

1. On the 5th day of January, 2018, I served the following document(s):

    a. Debtor's Motion to Approve Settlement Agreement and     ECF No. 211
       Release with Excelsior Media Corp., Liberty Media
       Holdings, LLC and Jason Gibson Pursuant to Fed. R.
       Bankr. P. 9019

|   |   |   |
|---|---|---|
| b. | Declaration of Marc J. Randazza in Support of Debtor's Motion to Approve Settlement Agreement and Release with Excelsior Media Corp., Liberty Media Holdings, LLC and Jason Gibson Pursuant to Fed. R. Bankr. P. 9019 | ECF No. 212 |
| c. | Notice of Hearing Re: Debtor's Motion to Approve Settlement Agreement and Release with Excelsior Media Corp., Liberty Media Holdings, LLC and Jason Gibson Pursuant to Fed. R. Bankr. P. 9019 | ECF No. 213 |
| d. | Errata to Debtor's Motion to Approve Settlement Agreement and Release with Excelsior Media Corp., Liberty Media Holdings, LLC and Jason Gibson Pursuant to Fed. R. Bankr. P. 9019 | ECF No. 214 |

2. I served the above-named document(s) by the following means to the persons as listed below (*check all that apply*):

☒ **a.** **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary.*)

JAMES D. GREENE on behalf of Counter-Defendant EXCELSIOR MEDIA CORP.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Plaintiff EXCELSIOR MEDIA CORP.
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

JAMES D. GREENE on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC
jgreene@greeneinfusolaw.com,
fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;cwalton@greeneinfusolaw.com

VAUGHN MICHAEL GREENWALT on behalf of Plaintiff EXCELSIOR MEDIA CORP.
vgreenwalt@lhcllp.com

VAUGHN MICHAEL GREENWALT on behalf of Plaintiff LIBERTY MEDIA HOLDINGS, LLC
vgreenwalt@lhcllp.com

MATTHEW C. ZIRZOW on behalf of Counter-Claimant MARC JOHN RANDAZZA
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

MATTHEW C. ZIRZOW on behalf of Defendant MARC JOHN RANDAZZA
mzirzow@lzklegal.com, carey@lzklegal.com;mary@lzklegal.com;trish@lzklegal.com

☐ **b.** I served via **United States mail, postage fully prepaid** (*List persons and addresses. Attach additional paper if necessary.*)

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if*

LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

*necessary.*)

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.    By direct email (as opposed to through the ECF System)** (*List persons and email addresses. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.    By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary.*)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.    By messenger** (*List persons and addresses. Attach additional paper if necessary.*)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service.*)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: January 8, 2018.

| Carey Shurtliff | /s/Carey Shurtliff |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3