_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
February 14, 2018

LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-15-14956-abl |
| | Chapter 11 |
| MARC JOHN RANDAZZA, | |
| Debtor. | |
| | |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada limited liability company, | Adv. No. 15-01193-abl |
| Plaintiffs, | |
| v. | |
| MARC JOHN RANDAZZA, an individual, | Date: February 13, 2018 |
| | Time: 10:00 a.m. |
| Defendant. | |

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT AND RELEASE WITH EXCELSIOR MEDIA CORP., LIBERTY MEDIA HOLDINGS, LLC AND JASON GIBSON PER FED. R. BANKR. P. 9019**

Debtor, Marc John Randazza ("Mr. Randazza"), having filed his *Motion to Approve Settlement Agreement and Release with Excelsior Media Corp., Liberty Media Holdings, LLC, and Jason Gibson pursuant to Fed. R. Bankr. P. 9019* (the "Motion") [Adv. ECF No. 211],[1] which sought to authorize and approve that certain Settlement Agreement and Release (the "Settlement Agreement") among the parties thereto; the Court having reviewed and considered the Motion and the accompanying evidence; no oppositions to the Motion having been filed; the Court having held a hearing on the Motion, and having heard and considered the arguments of counsel; the Court having made its findings of fact and conclusions of law at the hearing, which are incorporated herein by reference pursuant to Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. The Settlement Agreement is APPROVED as a fair and equitable settlement pursuant to Fed. R. Bankr. P. 9019.

3. The parties to the Settlement Agreement are authorized and directed to implement the Settlement Agreement in accordance with its terms and conditions, including all exhibits attached thereto and payments set forth therein.

4. The Court reserves jurisdiction over the interpretation and implementation of the Settlement Agreement and this Order.

**IT IS SO ORDERED.**

. . .

. . .

. . .

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as set forth in the Motion.

**LARSON ZIRZOW & KAPLAN, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

PREPARED AND SUBMITTED:

By:    /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
Email:  zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
Email:  mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

APPROVED / ~~DISAPPROVED~~:

By:    /s/ James D. Greene
GREENE INFUSO, LLP
JAMES D. GREENE, ESQ.
Nevada Bar No. 2647
E-mail: jgreene@greeneinfusolaw.com
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for Excelsior Media Corp.
and Liberty Media Holdings, LLC

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| JAMES D. GREENE, ESQ.: | APPROVED |
|---|---|

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

3