LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Defendant/Counterclaimant

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> MARC JOHN RANDAZZA, <br><br> Debtor. | Case No.: BK-S-15-14956-abl <br> Chapter 11 |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC., a Nevada limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> MARC JOHN RANDAZZA, an individual, <br><br> Defendant. | Adv. No. 15-01193-abl <br><br><br> **NOTICE OF ENTRY OF ORDER GRANTING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS. | |

NOTICE IS HEREBY GIVEN that on the 16th day of May, 2018, an *Order Granting Stipulation to Dismiss Adversary Proceeding with Prejudice.* [ECF No. 228] was entered in the above-entitled matter, a copy of which is attached hereto.

. . .

Dated: May 18, 2016.

By:    /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Defendant/Counterclaimant

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 16, 2018

LARSON ZIRZOW & KAPLAN, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzklegal.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzklegal.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170
Fax:  (702) 382-1169

Attorneys for Defendant/Counterclaimant

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARC JOHN RANDAZZA,<br><br>   Debtor. | Case No.: BK-S-15-14956-abl<br>Chapter 11 |
| EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada limited liability company,<br><br>   Plaintiffs,<br><br>v.<br><br>MARC JOHN RANDAZZA, an individual,<br><br>   Defendant. | Adv. No. 15-01193-abl<br><br><br><br>**ORDER GRANTING STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE**<br><br><br>Date:  N.A<br>Time:  N/A |

LARSON ZIRZOW & KAPLAN, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

AND RELATED COUNTERCLAIMS.

Plaintiffs and/or Counter-Defendants, EXCELSIOR MEDIA CORP., a Nevada corporation; and LIBERTY MEDIA HOLDINGS, LLC, a Nevada limited liability company; and Defendant-Counterclaimant, MARC JOHN RANDAZZA (collectively, the "Parties"), having filed their *Stipulation to Dismiss Adversary Proceeding With Prejudice* (the "Stipulation"); and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Stipulation is GRANTED; and

2. The above-captioned adversary proceeding shall be and hereby is DISMISSED WITH PREJUDICE, with each side to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By:  /s/ Matthew C. Zirzow
LARSON ZIRZOW & KAPLAN, LLC
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Email: mzirzow@lzklegal.com

Attorneys for Defendant/Counterclaimant

APPROVED:

By:  /s/ James D. Greene
GREENE & INFUSO
JAMES D. GREENE, ESQ.
3030 S. Jones Blvd., Suite 101
Las Vegas, NV 89146
Email: jgreene@greeneinfusolaw.com

Attorneys for Plaintiffs/Counter-Defendants

# # #

2